AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Roberto ALFARO-ARGUETA, | ) | Case No.  12-8394-JMH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

OCT - 1 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 1, 2012___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) | an alien, having previously been removed and deported from the United States on or about September 10, 2009, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States. |

This criminal complaint is based on these facts:

See attached affidavit of ICE Deportation Officer Damian Weston

☑ Continued on the attached sheet.

*I find probable cause.*
*J.M.H.*

_____
Complainant's signature

ICE Deportation Officer Damian Weston
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  10/01/2012

_____
Judge's signature

City and state:  West Palm Beach, Florida

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## AFFIDAVIT
### Case No. 12-8394-JMH

I, Damian Weston, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over four years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause.

3. On April 10, 2012, Roberto ALFARO-ARGUETA, (also known as Robert ALFARO-ARGUETA and Roberto ARGUETA) was arrested on a warrant for felony child abuse and domestic battery, in Palm County, Florida.

4. On or about this same date, Roberto ALFARO-ARGUETA, using the alias Roberto ARGUETA, was fingerprinted by the Palm Beach County Jail booking officials.

5. On October 1, 2012, I was made aware that Roberto ALFARO ARGUETA had been arrested, in Palm Beach County, in the Southern District of Florida.

6. On October 1, 2012, I received a scanned copy Roberto ALFARO ARGUETA's fingerprint card, from the April 10, 2012 arrest, from Palm Beach County Jail. I scanned the fingerprint card into the Integrated Automated Fingerprint

Identification System (IAFIS). The query results registered as a match to Roberto ALFARO-ARGUETA, FBI # 827465DD4, Alien Registration Number A ******453. A review of the records located under Alien Registration Number A ******453 confirm that Roberto ALFARO ARGUETA is a native and citizen of Mexico. In addition, the records show that on or about June 26, 2007, Roberto ALFARO-ARGUETA was ordered removed from the United States. A Warrant of Removal/Deportation (Form I-205) was executed on August 25, 2009, and Roberto ALFARO-ARGUETA was removed from the United States to Mexico. Prior to being removed, law enforcement obtained Roberto ALFARO-ARGUETA's fingerprint on the Warrant of Removal/Deportation. In fact, Roberto ALFARO-ARGUETA has been removed from the United States on three (3) separate occasions: August 25, 2009, September 2, 2009 and September 10, 2009.

7. On October 1, 2012, I conducted a query through the database system known as CLAIMS (Computer Linked Application Information Management System), under Alien File Number A ******453. This catalog device was utilized to confirm whether or not any application, petition, and or request was made and acknowledged on behalf of Roberto ALFARO ARGUETA to reenter the United States legally, after September 10, 2009. The results of this records search confirms that, after a diligent search, no record was found to exist indicating that Roberto ALFARO-ARGUETA had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security, for readmission into the United States, as required by law.

8. On October 1, 2012, Roberto ALFARO-ARGUETA was interviewed by Immigration Enforcement Agent Samuel Torres, at the Palm Beach County Jail, in the

Southern District of Florida. Following advise of his <u>Miranda</u> warnings, and after waiving these rights, Roberto ALFARO-ARGUETA admitted to the following information:

- Roberto ALFARO-ARGUETA is a citizen of Mexico and does not have legal immigration status within the United States;
- Roberto ALFARO-ARGUETA was previously deported from the United States to Mexico and reentered the United States, illegally.
- Roberto ALFARO-ARGUETA did not obtain permission from the appropriate United States government authorities to return to the United States after previously being deported.

9. Based on the foregoing, I believe there exists sufficient probable cause to charge Roberto ALFARO ARGUETA with violating Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Damian Weston Deportation Officer
Immigration and Customs Enforcement

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 1ST DAY OF
OCTOBER, 2012, AT WEST PALM
BEACH, FLORIDA.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  12-8394-JMH

UNITED STATES OF AMERICA

vs.

ROBERTO ALFARO-ARGUETA,

       Defendant.

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

                                      Respectfully submitted,

                                      WIFREDO A. FERRER
                                      UNITED STATES ATTORNEY

BY:  _____
                                      JOHN C. McMILLAN, JR.
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Admin. No. A5500228
                                      500 S. Australian Avenue, Suite 400
                                      West Palm Beach, FL 33401-6235
                                      Tel:  (561) 820-8711
                                      Fax: (561) 820-8777
                                      John.McMillan@usdoj.gov